UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DEXTER LENOTLUS REEVES,

      Defendant.
_____/

Case No. 1:06:CR:291

HON. GORDON J. QUIST

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed May 18, 2007, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Dexter Lenotlus Reeves' plea of guilty to Count 1 of the Indictment is accepted. Defendant Dexter Lenotlus Reeves is adjudicated guilty and bond will be revoked at the time of reporting.

3. Defendant Dexter Lenotlus Reeves shall report to the United States Marshal in Grand Rapids, Michigan, at **2:00 PM, Tuesday, June 26, 2007**. Defendant Dexter Lenotlus Reeves shall be detained pending sentencing.

Dated: June 8, 2007

                                                    /s/ Gordon J. Quist
                                                GORDON J. QUIST
                                                UNITED STATES DISTRICT JUDGE